## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                  CASE NO.  3:04cr96/RV

CARLETHA COLLEEN PURIFOY

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on June 16, 2005
Motion/Pleadings: Motion to Unseal Re-Arraignment Proceedings
Filed by United States    on 06/15/2005    Doc.# 21
RESPONSES:

                   on            Doc.#
                   on            Doc.#

\_\_\_\_ Stipulated      \_\_\_\_ Joint Pldg.
\_X\_ Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut
LC (1 OR 2)                      Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2005, that:*
*(a) The relief requested is GRANTED.*
*(b)* _____


                                      /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                     **United States District Judge**