# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:04cr96/RV

CARLETHA COLLEEN PURIFOY

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on May 19, 2006

Motion/Pleadings: MOTION to Reduce Sentence

Filed by Defendant on 5/10/2006 Doc.# 25

RESPONSES:

   United States on 5/19/2006 Doc.# 27

   _____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of June, 2006, that:*

*(a) The relief requested is DENIED.*

*(b) See the Government's Response.*

/s/ *Roger Vinson*

**ROGER VINSON**
**Senior United States District Judge**