**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.          3:04cr96/RV
         3:06cv214/RV/MD

**CARLETHA PURIFOY**

## ORDER

The defendant has filed a notice of appeal (doc. 33) which this court construes as a request for a certificate of appealability.[1] Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, her request for a certificate of appealability is DENIED. No motion for leave to proceed *in forma pauperis* has been filed. In any event, the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Accordingly, defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 24th day of July, 2006.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).